### LESTER KEETER v. STATE.
No. A-3382.    Opinion Filed Jan. 19, 1920.
(186 Pac. 245.)

Appeal from County Court, Cotton County; J. C. Norman, Judge.

Lester Keeter was convicted of violation of the prohibitory law, and appeals. Affirmed.

Morris & Wells, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Lester Keeter, was convicted on a charge that he did in Cotton county sell to George Davis one pint of whisky on the 5th day of February, 1918, and in accordance with the verdict of the jury he was sentenced to be confined in the county jail for 60 days and pay a fine of $50. From the judgment an appeal was perfected by filing in this court on June 5, 1918, a petition in error with case-made. No brief has been filed, and when the case was called for final submission the Attorney General moved to affirm the judgment for failure to prosecute the appeal.

For the reasons stated, the motion is sustained, and the judgment of the lower court is affirmed. Mandate forthwith.

---

### JOHN HENRY WARD v. STATE.
No. A-3385.    Opinion Filed Jan. 19, 1920.
(186 Pac. 489.)

Appeal from Superior Court, Creek County; G. R. Wilcox, Judge.

John Henry Ward was convicted of violation of the prohibitory liquor law, and appeals. Affirmed.

Wallace & Wallace, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Ward, was tried and convicted on an information charging that in Creek county, on or about the 20th day of November, 1917, he did have in his possession, at his place of business in the town of Shamrock, five quarts of whisky with intent to sell the same, and in accordance with the verdict of the jury he was sentenced to be confined for 90 days in the county jail and pay a fine of $100. From the judgment an appeal was perfected by filing in this court, on June 7, 1918, a petition in error with case-made.

No brief has been filed. When the case was called for final submission, the Attorney General moved to affirm the judgment for failure to prosecute the appeal. For the reason stated therein the motion is sustained, and the judgment of the lower court affirmed. Mandate forthwith.